SAMUEL COHEN & SON, A CORPORATION, CLAIMANT, PLAINTIFF, v. TUDOR APARTMENTS, INCORPORATED, A CORPORATION, ET AL., DEFENDANTS.

For the plaintiff, *Feder & Rinzler.*

For the defendant Fidelity Union Title and Mortgage Guaranty Company, *Hood, Lafferty & Campbell.*

SMITH, J.  This application is made to amend the lien claim by adding Fidelity Union Title and Mortgage Guaranty Company, mortgagee, as a party thereto.  In the suit instituted that company is made a defendant as mortgagee, and its lien by way of mortgage is sought to be held subject and subsequent to the lien claimant's claim.

If I felt it necessary in order to sustain the plaintiff's case against the mortgagee that it should be made a party to the lien claim, I would grant this motion, even though there is some question as to the right to do so under the decision of *American Brick Co.* v. *Drinkhouse,* 59 *N. J. L.* 462, because it would at least give an opportunity to have the question passed upon by the upper court, but from a reading of section 16 of the Mechanics' Lien act, it does not seem necessary to make the mortgagee a party to the lien claim.  It is sufficient that summons issued against it and it be made a party to the suit on the lien claim as required by section 23 of the act.

On this ground, therefore, the motion will be denied.